RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JOSEPH LADRAY CLARK<br><br>Debtor(s). | Case No.: 15-29738<br>D.C. No.: RDG-1<br><br>CHAPTER 13<br><br>NOTICE OF HEARING ON MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307<br><br>DATE:   January 26, 2016<br>TIME:   10:30 AM<br>DEPT.:  D |

**TO THE DEBTOR(S) AND HIS/HER ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that at 10:30 AM on January 26, 2016, in Courtroom 34, Sixth Floor, of the U.S. Bankruptcy Court, 501 I Street, Sacramento, California, the Court will hear the motion of Russell D. Greer, Chapter 13 Standing Trustee, for an Order of Dismissal Pursuant to 11 U.S.C. Section 1307.

**FAILURE TO APPEAR AT THIS HEARING MAY RESULT IN YOUR CASE BEING DISMISSED.**

Dated: January 12, 2016                    /s/ RUSSELL D. GREER
                                           RUSSELL D. GREER,
                                           CHAPTER 13 STANDING TRUSTEE